IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANGEL LEMUS                                                                                                      PLAINTIFF

v.                                              Case No. 6:21-cv-06116

AGENTS MUTUAL INSURANCE COMPANY                                            DEFENDANT

## JUDGMENT

For the reasons stated in the Memorandum Opinion of equal date, the Motion for Summary Judgment filed by Defendant Agents Mutual Insurance Company (ECF No. 23) is hereby **GRANTED**. Plaintiff's claim for breach of insurance policy is hereby **DISMISSED WITH PREJUDICE** with each party to bear its own fees and costs.

**IT IS SO ORDERED** this 12th day of September 2022.


*/s/ Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**